**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 18-21747 RDB | Judge: Robert D. Berger | Trustee Name: | Christopher J. Redmond Ch7 Trustee |
| Case Name: | Robert Charles Brown | | Date Filed (f) or Converted (c): | 08/23/2018 (f) |
| | Ginger Lorraine Brown | | 341(a) Meeting Date: | 09/24/2018 |
| For Period Ending: | 09/28/2018 | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3234 Tauromee Ave Kansas City KS | 46,000.00 | 46,000.00 | | 0.00 | FA |
| 2. 2009 Gmc Envoy | 5,826.25 | 5,826.25 | | 0.00 | 0.00 |
| 3. Household Goods/ Furnishings | 600.00 | 600.00 | | 0.00 | 0.00 |
| 4. 3 Televisions, Stereo, Computer, And Cell Phones. | 500.00 | 500.00 | | 0.00 | 0.00 |
| 5. Men's Clothing And Women's Clothing. | 250.00 | 250.00 | | 0.00 | 0.00 |
| 6. Wedding Set | 50.00 | 50.00 | | 0.00 | 0.00 |
| 7. Costume Jewelry | 50.00 | 50.00 | | 0.00 | 0.00 |
| 8. US Bank Checking | 250.00 | 250.00 | | 0.00 | 250.00 |
| 9. Security Bank Checking | 1.00 | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $53,527.25      $53,527.25      $0.00      $251.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

09/24/18 - Per Trustee, to hold matter open
09/28/18 - Initial interim Report.

Initial Projected Date of Final Report (TFR): 09/30/2018      Current Projected Date of Final Report (TFR): 09/30/2018

Trustee Signature:     /s/ Christopher J. Redmond Ch7 Trustee     Date: 09/28/2018

Christopher J. Redmond Ch7 Trustee
Redmond Law Firm, LLC
6731 W. 121st Street, Suite 226
Overland Park, KS 66209
(816) 283-4672